■ In the Matter of CHARLES J. PILUSO, a Suspended Attorney. — Motion by Charles J. Piluso, a suspended attorney, who was admitted to practice in this court on June 17, 1959 under the name Charles Joseph Piluso, whose period of suspension has expired, for reinstatement as an attorney and counselor at law. By order of this court dated October 22, 1982 this matter was referred to the Committee on Character and Fitness for the Second Judicial Department for investigation and report on whether the petitioner complied with this court's order of suspension and whether he presently possesses the requisite character and fitness for an attorney and counselor at law. This court adopts the committee's report and directs that the petitioner Charles Joseph Piluso be reinstated as an attorney and counselor at law and the clerk of this court is directed to restore his name to the roll of attorneys and counselors at law forthwith. Mollen, P. J., Damiani, Titone, Lazer and Mangano, JJ., concur.

■ In the Matter of WALTER L. ROTH, for Admission to Practice as an Attorney. — Application by Walter L. Roth, a person who as a graduate from Brooklyn Law School and who on September 19, 1957 was certified by the New York State Board of Law Examiners, but until 1983 had not submitted his application for admission to the Bar of this State. Application for admission granted and the clerk of this court is directed to add petitioner Walter L. Roth's name to the roll of attorneys and counselors at law forthwith, upon his presentation of satisfactory proof that he has satisfactorily completed a New York State Bar Review Course. Mollen, P. J., Damiani, Titone, Lazer and Mangano, JJ., concur.

■ In the Matter of IRVING TABMAN, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner. — Application by petitioner (1) to immediately suspend the respondent Irving Tabman, an attorney, admitted to practice in this court on June 27, 1951, on the ground of his alleged professional misconduct which gave rise to the discipline imposed in the State of New Jersey; and (2) to authorize a disciplinary proceeding against said respondent based on said charges. Application granted (1) The respondent Irving Tabman is suspended immediately from the practice of law pending the further order of this court. (2) The issues raised by the petitioner and the respondent's answer wherein he requests a hearing are referred to Hon. Daniel E. Fitzpatrick (a retired Justice of the Supreme Court), 17 Primrose Court, Garden City, New York 11530, as a special referee to hear and to report, together with his findings. Louis J. Profera, Deputy Counsel, Grievance Committee for the Tenth Judicial District is designated as counsel to prosecute the proceeding on behalf of the petitioner. Mollen, P. J., Damiani, Titone, Lazer and Niehoff, JJ., concur.